# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 16-944V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KRISTY M. SUH and
DANNY PASAWONGSE,
on behalf of their minor daughter, IYP,

        Petitioners,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Filed: February 14, 2017

Autism; Decision on Attorneys' Fees and Costs

## DECISION (ATTORNEYS' FEES AND COSTS)

    In this case under the National Vaccine Injury Compensation Program,[1] a Decision issued on November 10, 2016. On February 2, 2017, Petitioners filed an Application for Attorneys' Fees and Costs, requesting a total payment of $5,213.89, representing attorneys' fees and costs of $4,813.89, and $400.00 of costs expended by Petitioners. On February 14, 2017, Respondent filed a statement indicating that Respondent does not object to the overall amount requested.

    I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $4,813.89, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Michael A. Firestone, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2012).

- a lump sum of $400.00, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.